# INVOICE

D&R Reporting & Video, Inc.
Metropolitan Building
400 N. Walker
Suite 160
Oklahoma City, OK 73102
Phone:405-235-4106    Fax:405-235-4115

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116555 | 3/6/2017 | 25028 |
| **Job Date** | **Case No.** | |
| 2/22/2017 | CIV-14-996-HE | |
| **Case Name** | | |
| Bekkem v. Snyder | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Scott Maule
Oklahoma City US Attorney
210 Park Ave, Suite 400
Oklahoma City, OK 73102

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Anupama Bekkem, Vol. I                                               1,120.95

                                            **TOTAL DUE >>>**        **$1,120.95**

All billing questions should be addressed within 15 days of receipt of invoice otherwise the billing will be considered accepted as billed.

Thank you for choosing D&R Reporting & Video, Inc., for all your litigation support needs. We appreciate your business.

**Tax ID:** 73-1334253                                    Phone: (405)553-8700    Fax:

*Please detach bottom portion and return with payment.*

Scott Maule
Oklahoma City US Attorney
210 Park Ave, Suite 400
Oklahoma City, OK 73102

Job No.     : 25028           BU ID      : 1-MAIN
Case No.    : CIV-14-996-HE
Case Name   : Bekkem v. Snyder

Invoice No. : 116555          Invoice Date : 3/6/2017
**Total Due : $ 1,120.95**

Remit To: **D&R Reporting & Video, Inc.**
          **Metropolitan Building**
          **400 N. Walker**
          **Suite 160**
          **Oklahoma City, OK 73102**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                       Phone#:
Billing Address:
Zip:                      Card Security Code:
Amount to Charge:
Cardholder's Signature:

GOVERNMENT EXHIBIT 1

# INVOICE

D&R Reporting & Video, Inc.
Metropolitan Building
400 N. Walker
Suite 160
Oklahoma City, OK  73102
Phone: 405-235-4106   Fax: 405-235-4115

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116558 | 3/6/2017 | 25089 |
| **Job Date** | **Case No.** | |
| 2/24/2017 | CIV-14-996-HE | |
| **Case Name** | | |
| Bekkem v. Snyder | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Scott Maule
Oklahoma City US Attorney
210 Park Ave, Suite 400
Oklahoma City, OK  73102

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Anupama Bekkem, MD, Vol. II
                                                                                    1,499.20
                                                  **TOTAL DUE  >>>**        **$1,499.20**

All billing questions should be addressed within 15 days of receipt of invoice otherwise the billing will be considered accepted as billed.

Thank you for choosing D&R Reporting & Video, Inc., for all your litigation support needs.  We appreciate your business.

*3/2/17 given to Pearse. J.*

**Tax ID:** 73-1334253                                                         Phone: (405)553-8700    Fax:

*Please detach bottom portion and return with payment.*

Scott Maule
Oklahoma City US Attorney
210 Park Ave, Suite 400
Oklahoma City, OK  73102

Job No.      : 25089              BU ID       : 1-MAIN
Case No.    : CIV-14-996-HE
Case Name : Bekkem v. Snyder

Invoice No. : 116558           Invoice Date : 3/6/2017
**Total Due : $ 1,499.20**

Remit To:  **D&R Reporting & Video, Inc.**
              **Metropolitan Building**
              **400 N. Walker**
              **Suite 160**
              **Oklahoma City, OK  73102**

**PAYMENT WITH CREDIT CARD**   AMEX    

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

D&R Reporting & Video, Inc.
Metropolitan Building
400 N. Walker
Suite 160
Oklahoma City, OK 73102
Phone:405-235-4106   Fax:405-235-4115

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116676 | 3/27/2017 | 25014 |
| **Job Date** | **Case No.** | |
| 3/17/2017 | CIV-14-996-HE | |
| **Case Name** | | |
| Bekkem v. Snyder | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Tom Majors
Oklahoma City US Attorney
210 Park Ave, Suite 400
Oklahoma City, OK 73102

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   John W. Ellis, MD

1,026.70

**TOTAL DUE >>>**     **$1,026.70**

All billing questions should be addressed within 15 days of receipt of invoice otherwise the billing will be considered accepted as billed.

Thank you for choosing D&R Reporting & Video, Inc., for all your litigation support needs.  We appreciate your business.

**Tax ID:** 73-1334253                                                                                  Phone: (405)553-8700   Fax:

*Please detach bottom portion and return with payment.*

Tom Majors
Oklahoma City US Attorney
210 Park Ave, Suite 400
Oklahoma City, OK 73102

Job No.     : 25014          BU ID     : 1-MAIN
Case No.    : CIV-14-996-HE
Case Name   : Bekkem v. Snyder

Invoice No. : 116676         Invoice Date : 3/27/2017
**Total Due  : $ 1,026.70**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **D&R Reporting & Video, Inc.
           Metropolitan Building
           400 N. Walker
           Suite 160
           Oklahoma City, OK 73102**



**jack w. hunt & associates, inc.**
1120 Liberty Building
Buffalo, New York 14202
Phone: 716-853-5600
Fax: 716-855-1028
Toll Free: 800-4JW-HUNT

USAO Rec'd 04/12/17

# Invoice

Job #: 170301RBW
Job Date: 03/01/17
Order Date: 03/01/17
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Snyder, Robert D.

Invoice #: 288978
Inv.Date: 04/05/17
Balance: $214.00

**Bill To:**
Tom Majors, Esquire
United States Attorney's Office - Western Dist OK
210 Park Avenue
Suite 400
Oklahoma City, OK 73102

Action: Bekkem, Anupama
vs
Snyder, Robert D., Secy, US Dept of VA
Action #: CIV-14-996-HE
Rep: RBW
Cert: CM

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | John B. Grippi, M.D. | Your Cost For One Copy | Pages | 65 | $2.60 | $0.00 | $179.00 |
| 2 | | E-Mailed Electronic Transcript - PDF | Witness | 1.00 | $20.00 | $0.00 | $20.00 |
| 3 | | Shipping & Handling | Package | 1.00 | $15.00 | $0.00 | $15.00 |

**Comments:**
eMailed to Ms. Penny and Mr. Majors 4/5/17. Hard copy shipped 4/5/17.

Use JWH's Global Scheduling Services for your out-of-town needs. JWH is the leader in Reporting, Photocopying, Video Recording, Video Teleconferencing and Trial Presentation services. Questions? Please raise within 30 days of Invoice.

| | |
|---|---|
| Sub Total | $214.00 |
| Shipping | $0.00 |
| Tax | $0.00 |
| **Total Invoice** | **$214.00** |
| Payment | $0.00 |
| **Balance Due** | **$214.00** |

Federal Tax I.D.: 16-1058272
Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Tom Majors, Esquire
United States Attorney's Office - Western Dist OK
210 Park Avenue
Suite 400
Oklahoma City, OK 73102

**Deliver To:**
Tom Majors, Esquire
United States Attorney's Office - Western Dist OK
210 Park Avenue
Suite 400
Oklahoma City, OK 73102

# Invoice

Phone: (716) 853-5600
Fax: (716) 855-1028

Jack W. Hunt & Associates, Inc.
424 Main Street
Suite 1420 Liberty Building
Buffalo, NY 14202

Invoice #: 288978
Inv.Date: 04/05/17
Balance: $214.00
Job #: 170301RBW
Job Date: 03/01/17
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Snyder, Robert D.

# Legalese Reporting Services



228 Robert S. Kerr Ave, Suite 840
Oklahoma City, OK 73102
405-236-8426
LegaleseReporting@gmail.com
www.LegaleseReporting.com

# Invoice

| Date | Invoice # |
|---|---|
| 4/7/2017 | 1196 |
| Terms | Due Date |
| Net 30 | 5/7/2017 |

**Bill To**

U.S. Attorneys Office
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
Attn: Scott Maule

| Description | Amount |
|---|---|
| Bekkem vs Dept. of Vets; Case No. CIV-14-996-HE | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | |
| For the court reporting services rendered in providing an One Copy of the deposition of ELIZABETH DAVIDSON, had on March 28, 2017, in Oklahoma City, Oklahoma | 414.25 |
| For the videography services rendered for providing a copy of the above deposition (including DVD's and/or .mpg files) | 157.50 |
| **Total** | **$571.75** |

We appreciate your business! THANK YOU! Martha J. Taylor

Legalese Reporting Federal ID No. 81-3639369

# Legalese Reporting Services



228 Robert S. Kerr Ave, Suite 840
Oklahoma City, OK 73102
405-236-8426
LegaleseReporting@gmail.com

# Invoice

| Date | Invoice # |
|---|---|
| 4/3/2017 | 1190 |
| Terms | Due Date |
| Net 30 | 5/3/2017 |

**Bill To**

U.S. Attorneys Office
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
Attn: Scott Maule

| Description | Amount |
|---|---|
| Anupama Bekkem vs Roberts D. Snyder, et al; Case No. CIV-14-996-HE | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | |
| For the court reporting services rendered in providing One Copy of the deposition of MARK HUYCKE, M.D., had on April 3, 2017, in Oklahoma City, Oklahoma | 372.90 |
| For the videography services rendered for providing a copy of the above deposition (including DVD's) | 75.00 |
| Run time: 2.5 hours @ $30.00 per hour | |
| **Total** | **$447.90** |

We appreciate your business!
THANK YOU - LORI ROBERTS, CSR

Legalese Reporting Federal ID No. 81-3639369

# Legalese Reporting Services



228 Robert S. Kerr Ave, Suite 840
Oklahoma City, OK 73102
405-236-8426
LegaleseReporting@gmail.com

# Invoice

| Date | Invoice # |
|---|---|
| 3/9/2017 | 1158 |
| Terms | Due Date |
| Net 30 | 4/8/2017 |

**Bill To**

U.S. Attorneys Office
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
Attn: Scott Maule

| Description | Amount |
|---|---|
| ANUPAMA BEKKEM vs ROBERT D. SNYDER, ACTING SECRETARY, US DEPT. OF VETERANS AFFAIRS; Case No. CIV-14-996-HE | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | |
| For the court reporting services rendered in providing One Copy of the deposition of ANNE ELIZABETH LANCASTER, had on March 2, 2017, in Oklahoma City, Oklahoma | 375.70 |
| **Total** | **$375.70** |

We appreciate your business!
THANK YOU - TERRY WHITE, CSR, RPR, RMR, CRR

Legalese Reporting Federal ID No. 81-3639369

# Legalese Reporting Services



228 Robert S. Kerr Ave, Suite 840
Oklahoma City, OK 73102
405-236-8426
LegaleseReporting@gmail.com

# Invoice

| Date | Invoice # |
|---|---|
| 3/9/2017 | 1156 |
| Terms | Due Date |
| Net 30 | 4/8/2017 |

**Bill To**

U.S. Attorneys Office
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
Attn: Scott Maule

| Description | Amount |
|---|---|
| ANUPAMA BEKKEM vs ROBERT D. SNYDER, ACTING SECRETARY, U.S. DEPT. OF VETERANS AFFAIRS; Case No. CIV-14-996-HE | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | |
| For the court reporting services rendered in providing One Copy of the deposition of GEORGE MALATINSZKY, M.D., had on February 28, 2017, in Oklahoma City, Oklahoma | 691.15 |
| For the videography services rendered in providing a copy of the above deposition (including DVD's) Run time 7.0 hours @ $30.00 | 210.00 |
| **Total** | **$901.15** |

We appreciate your business!
THANK YOU - LORI ROBERTS, CSR

Legalese Reporting Federal ID No. 81-3639369

# Legalese Reporting Services



228 Robert S. Kerr Ave, Suite 840
Oklahoma City, OK 73102
405-236-8426
LegaleseReporting@gmail.com

# Invoice

| Date | Invoice # |
|---|---|
| 4/3/2017 | 1185 |
| Terms | Due Date |
| Net 30 | 5/3/2017 |

**Bill To**

U.S. Attorneys Office
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
Attn: Scott Maule

| Description | Amount |
|---|---|
| Anupama Bekkem vs Robert D. Snyder, et al; Case No. CIV-14-996-HE  ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ For the court reporting services rendered in One Copy of the deposition of CESAR RAMIREZ, had on March 24, 2017, in Oklahoma City, Oklahoma | 122.00 |
| **Total** | **$122.00** |

We appreciate your business! THANK YOU! Martha J. Taylor

Legalese Reporting Federal ID No. 81-3639369

# Legalese Reporting Services



228 Robert S. Kerr Ave, Suite 840
Oklahoma City, OK 73102
405-236-8426
LegaleseReporting@gmail.com
www.LegaleseReporting.com

# Invoice

| Date | Invoice # |
|---|---|
| 4/7/2017 | 1193 |
| Terms | Due Date |
| Net 30 | 5/7/2017 |

**Bill To**

U.S. Attorneys Office
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
Attn: Scott Maule

| Description | Amount |
|---|---|
| Bekkem vs Dept of Vets;<br>Case No. CIV-2014-996-HE<br><br>~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~<br><br>For the court reporting services rendered in providing One Copy of the deposition of KYLE INHOFE, had on April 4, 2017, in Oklahoma City, Oklahoma | 215.50 |
| **Total** | **$215.50** |

We appreciate your business!
THANK YOU - LORI ROBERTS, CSR

Legalese Reporting Federal ID No. 81-3639369