

# Legalese Reporting Services

228 Robert S. Kerr Ave, Suite 840
Oklahoma City, OK 73102
405-236-8426
LegaleseReporting@gmail.com
www.LegaleseReporting.com

**PAID 04/17/2017**

# Invoice

| Date | Invoice # |
|---|---|
| 3/9/2017 | 1157 |
| Terms | Due Date |
| Net 30 | 4/8/2017 |

**Ex. 3
Legalese Invoice and Worksheet for billing to HGH (Same as Ex. 4, pgs. 5&6 to Plaitniff's Cost Appeal (Doc. 160-4)**

| Bill To |
|---|
| Hammons, Gowens, Hurst & Associates<br>325 Dean A. McGee Avenue<br>Oklahoma City, OK 73102 |

| Description | Amount |
|---|---|
| ANUPAMA BEKKEM vs ROBERT D. SNYDER, ACTING SECRETARY, US DEPT. OF VETERANS AFFAIRS;<br>Case No. CIV-14-996-HE<br><br>~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~<br>For the court reporting services rendered in providing an Original/One Copy of the deposition of ANNE ELIZABETH LANCASTER, had on March 2, 2017, in Oklahoma City, Oklahoma | 891.40 |
| **Total** | **$0.00** |

We appreciate your business!
THANK YOU - TERRY WHITE, CSR, RPR, RMR, CRR



PLAINTIFF'S EXHIBIT 2

Legalese Reporting Federal ID No. 81-3639369

# BILLING WORKSHEET
## Complete one per invoice

Caption: Bekkem v. Dept. of Veteran Affairs                          Invoice # 1157
Date: 03/02/17
Attorney/Firm: HGH

|       | O/2 | x | O/1 |       | Copy  |       | Other |         |
|-------|-----|---|-----|-------|-------|-------|-------|---------|
| Wit 1 | Anne Lancaster | | pages | 140 @ | | $4.50 | = | $630.00 |
| Wit 2 |     |   | pages |       | @     |       | =     | $0.00   |
| Wit 3 |     |   | pages |       | @     |       | =     | $0.00   |
| Wit 4 |     |   | pages |       | @     |       | =     | $0.00   |

| Appearance Fee: | x | reg | | Split | = | $60.00 |
|---|---|---|---|---|---|---|
| Reduced/Witness/Other Add'l Copy | | | | | = | $0.00 |
| Writing | | @ | | | = | $0.00 |
| Other | | | | | = | |

|  | SERVICES SUBTOTAL | = | $690.00 |
|---|---|---|---|

**REPORTER OUT-OF-POCKET**

| Electronic Copy (half) | | = | $0.00 |
|---|---|---|---|
| Photo (half) | | = | |
| Mileage to: | ████ @ ████ | = | $0.00 |
| Travel time/down time | ████ ████ | = | $0.00 |
| Deliveries/Other | | = | $0.00 |
| | REPORTER EXPENSE SUBTOTAL = | | $0.00 |

**OFFICE EXPENSES:**

| Office Handling | | = | $30.00 |
|---|---|---|---|
| Electronic Copy (half) | | = | $75.00 |
| Photo (half) | | = | $20.00 |
| Exhibit Linking | | = | $0.00 |
| Copies: | ___ pp x ___ sets = ___ pp | | |
| Copies: B&W | @ | $0.25 = | $0.00 |
| Color | 50 @ | $1.00 = | $50.00 |
| Scanning | @ | $0.10 = | $0.00 |
| Exhibit Dividers | 4 @ | $0.35 = | $1.40 |
| Dividers: | ___ x ___ sets = ___ | | |
| Read&Sign, Ret Orig | 1 @ | $15.00 = | $15.00 |
| Deliveries/Postage | 1 | $10.00 = | $10.00 |
| Other | | = | $0.00 |

|  | OFFICE EXPENSE SUBTOTAL | = | $201.40 |
|---|---|---|---|
|  | **TOTAL INVOICE** | = | $891.40 |

Terry
**REPORTER**